## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  20-80077-CR-Smith/Matthewman

**UNITED STATES OF AMERICA**

**vs.**

**VINCENT BELLAFIORE,**

$\qquad\qquad\qquad\qquad$ **Defendant.**

_____/

### STIPULATION OF FACTS

The United States Attorney's Office for the Southern District of Florida and the defendant, VINCENT BELLAFIORE, agree to the following stipulated facts, which, the parties agree, establish a prima facie case of guilt against the defendant for the offense of conspiracy to commit health care fraud, as charged in Count 1 of the Information:

1.      The United States Department of Veteran Affairs ("VA") is a federal agency that provides comprehensive healthcare services to eligible military veterans at VA medical centers and outpatient clinics located throughout the United States.   As such the VA is a "health care benefit program," as defined by Title 18, United States Code, Section 24(b) and a "Federal health care program" as defined by Title 42, United States Code, Section 1320a-7b(f).

2.      The VA operates a hospital and medical facility in West Palm Beach, Florida.  Said hospital (hereinafter referred to as the "VA-WPB") contracts with vendors to furnish medical and other supplies needed for the treatment of patients and for the maintenance and operation of the physical facility.

3.      In or about 2013, the defendant formed a company called Diverse Medical Inc. ("Diverse") in the State of Florida,  Diverse operated as a medical supply company and the defendant sought business from the VA-WPB, where he had contacts from previous employment in this field.  The defendant was the sole proprietor of Diverse.

4.      Between 2013 and 2017, the defendant, through his companies, received orders from several specific employees in the logistics department at the VA-WPB.   During this time period, the defendant's company was paid over $140,000 for medical and other supplies purportedly furnished to the VA-WPB.   However, VA investigators determined that some of the orders were suspicious as they involved supplies that were available only through the manufacturer directly, and not through middlemen.

5.      As a result of their investigation, VA investigators determined that the subject VA employees were involved in a bribery/kickback arrangement with several corrupt vendors, where the employees would place fictitious or inflated orders with the vendors, the vendors would invoice the VA-WPB and get paid for the fictitious or inflated orders and would then kick back a portion of the proceeds to the co-conspirator VA-WPB employees.    The defendant has acknowledged that, he did, in fact, pay kickbacks to VA logistics employees for some of the orders placed by them, and that some orders were fictitious, in that little to nothing would be furnished.

CONTINUED ON NEXT PAGE

6. The loss to the VA due to the defendant's conduct exceeds $15,000 but is less than $40,000.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: _____ 12/7/20 _____     By: _Roger H. Stefin_____
                                   ROGER H. STEFIN
                                   ASSISTANT UNITED STATES ATTORNEY

Date: _12|3|2020_____                _____
                                   VALENTIN RODRIGUEZ, ESQ.
                                   ATTORNEY FOR DEFENDANT

Date: _12|3|2020_____                _____
                                   VINCENT BELLAFIORE
                                   DEFENDANT